1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NORMAN J. FORD,

11          Petitioner,                          No. 2:12-cv-0577 KJN P

12       vs.

13   FEDERAL BUREAU OF PRISONS, et al.,

14          Respondent.                          ORDER

15   _____/

16          Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in

20   support of a request to proceed in forma pauperis or submit the appropriate filing fee.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   ////

26   ////

                                            1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3   DATED:  March 12, 2012

4

5                                        _____
                                         KENDALL J. NEWMAN
6                                        UNITED STATES MAGISTRATE JUDGE

7   ford0577.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26